569 A.2d 351

**MIDLANTIC NATIONAL BANK**

v.

**John F. STEELE, International Yacht and Ship Brokers, Inc.**

**Appeal of John F. STEELE.**

Supreme Court of Pennsylvania.

Argued Jan. 25, 1990.

Decided Feb. 6, 1990.

Scott D. Patterson, Lillian S. Kachmar, Philadelphia, for appellant.

George A. Pagano, F. Michael Friedman, Media, for Midlantic Nat. Bank.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.